12/1/2005 3:35 PM  FROM: Law CJ Woolley, PLLC Woolley _Pogue, PLLC  TO: 1-262-786-7415  PAGE: 002 OF 004

# ORIGINAL

CYNTHIA WOOLLEY, ISB # 6018
cynthia@ketchumidaholaw.com
KIRSTIN K. DUTCHER, ISB # 6762
kirstin@ketchumidaholaw.com
LAW OFFICES OF CYNTHIA J.WOOLLEY, PLLC
Attorneys at Law
180 First Street West, Suite 107
PO Box 6999
Ketchum, ID 83340
(208) 725-5356
Fax:  (208) 725-5569

PATRICK J. PEROTTI, ESQ. (OHIO #0005481)
pperotti@dworkenlaw.com
DWORKEN & BERNSTEIN CO., LPA
55 Public Square, Suite 950
Cleveland, Ohio 44114
60 South Park Place
Painesville, Ohio 44077
(440) 946-7656
Fax:  (440) 352-3469
(*Pro Hac Vice pending*)
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RYAN CANNELL, Individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>SHOPKO STORES, INC.,<br>dba Shopko Stores and Pamida Stores<br><br>　　　　　Defendant. | Case No.: **CIV05-496-S-BLW**<br><br>Judge:<br><br>**AFFIDAVIT OF RYAN CANNELL** |

STATE OF WISCONSIN　　　)

1

12/1/2005 3:35 PM  FROM: Law C? Woolley, PLLC Woolley _Pogue, PLLC  TO: 1-262-786-7415   PAGE: 003 OF 004

                              )SS:    <u>AFFIDAVIT</u>
COUNTY OF _____ )


    I, RYAN CANNELL, being first duly sworn depose and state of my own personal knowledge:

1.    I am of sound mind and over 18.

2.    I was employed by Defendant Shopko Stores, Inc, as an assistant manager during the period of December 2002 through July 2005.

3.    During the course of my employment, and during the last three years, I and other assistant managers (collectively "Plaintiffs") were paid on a salary basis.

4.    The schedule utilized by the Defendant with respect to Plaintiffs caused us to work frequently in excess of forty hours per week.

5.    However, during the weeks in which Plaintiffs worked an excess of forty hours per week, defendant did not pay us for any hours worked above forty.

6.    Defendant also did not pay overtime compensation with respect to hours we worked above forty in a week.

7.    The work which I and other assistant managers performed during this time was not managerial. The majority of our time was spent doing hourly work.

8.    I desire to bring this action and obtain compliance with the Fair Labor Standards Act for myself and all other similarly situated persons. I am committed to vigorously pursuing this matter.

    Further Affiant sayeth naught.

Ryan Cannell

SWORN TO and subscribed before me in my presence this ___2___ day of December, 2005.

2

12/1/2005 9:35 9M  FROM: Law Of Woolley, PLLC Woolley _Pogue, PLLC  TO: 1-264-786-7415   PAGE: 004 OF 004

NOTARY PUBLIC

3

12/1/2005 3:38 PM  FROM: Law Of Woolley, PLLC Woolley _Pogue, PLLC  TO: 1-262-786-7419   PAGE: 004 OF 004

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| RYAN CANNELL, individually and for others similarly situated, | ) ) ) | CASE NO: **CIV05-496-S-BLW** |
| Plaintiffs, | ) ) | JUDGE: |
| v. | ) ) | |
| SHOPKO STORES, INC, | ) ) | CONSENT TO PARTICIPATE |
| Defendant. | ) ) | |

The undersigned consents to participate in this case as a plaintiff to recover unpaid overtime

compensation pursuant to the Fair Labor Standards Act, 29 U.S.C. Section 201, *et seq.*, and

authorizes the law firms of Law Offices of Cynthia J. Woolley, PLLC and Dworken & Bernstein

Co., L.P.A. to represent the undersigned.

_Ryan W Cannell_
Employee Signature

_Ryan W Cannell_
Employee Printed Name

_1250 Links Ct #3   Brookfield_
_WI 53005_
Employee Address

_(208)-420-1331_
Employee Telephone Number

_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_
Employee Social Security No.

_12-2-05_
Date