Candy W. Dale
ISB #2909; cwd@hallfarley.com
Portia L. Jenkins
ISB # 7233; plj@hallfarley.com
HALL, FARLEY, OBERRECHT & BLANTON, P.A.
702 West Idaho, Suite 700
Post Office Box 1271
Boise, Idaho  83701
Telephone:  (208) 395-8500
Facsimile:   (208) 395-8585

Anne Marie Estevez
aestevez@morganlewis.com (*Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
200 South Biscayne Blvd, 53rd Floor
Miami, Florida 33131
Telephone:  (305) 415-3330
Facsimile:   (305) 415-3301

Attorneys for Defendant ShopKo Stores, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RYAN CANNELL,<br><br>            Plaintiff,<br><br>vs.<br><br>SHOPKO STORES INC.,<br><br>            Defendant. | Case No.  CIV 05-496-S-BLW<br><br>**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Rule 56(c) of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules for the District of Idaho, Defendant ShopKo Stores Inc. ("ShopKo") moves this court for summary judgment on the claims of Plaintiff Ryan Cannell.  The grounds for ShopKo's Motion are set forth in the separately filed Statement of Undisputed Facts in Support of Defendant's Motion for Summary Judgment and Memorandum of Law in Support of Defendant's Motion for

Case 1:05-cv-00496-BLW   Document 37   Filed 02/17/06   Page 2 of 3

Summary Judgment, filed concurrently with this Motion.

DATED this 17th day of February, 2006.

By: /s/ Anne Marie Estevez
Attorneys for Defendant
Shopko Stores Inc.

Anne Marie Estevez
MORGAN, LEWIS & BOCKIUS LLP
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131
Telephone: 305.415.3330

Kathy B. Houlihan
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202.739.5072

Candy W. Dale
HALL, FARLEY & OBERRECHT & BLANTON, P.A.
702 West Idaho, Suite 700
Post Office Box 1271
Boise, Idaho 83701
Telephone: 208.395.8500

Dated: February 17, 2006

DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

1-MI/570925.1

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 17th day of February, 2006, I electronically filed the foregoing DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

**Cynthia J. Woolley**    cynthia@ketchumidaholaw.com
Law Offices of Cynthia J. Woolley, PLLC

**Kirstin K. Dutcher**    kirstin@ketchumidaholaw.com
Law Offices of Cynthia J. Woolley, PLLC

**Patrick J. Perotti**    PPerotti@dworkenlaw.com
Dworken & Bernstein Co., LPA


    /s/ Anne Marie Estevez
    Anne Marie Estevez