IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RYAN CANNELL, individually and on behalf of others similarly situated, | |
| Plaintiffs, | Civ. No. 05-0496-S-BLW |
| v. | JUDGMENT |
| SHOPKO STORES, INC., | |
| Defendant. | |

Pursuant to the order filed on October 24, 2006, this case is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.

DATED: **October 24, 2006**

*[signature]*

Honorable Thomas G. Nelson
United States Circuit Judge
Sitting by Designation